**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
----------------------------------------x
**PFIFE HUDSON GROUP, INC.**,                    08 CV 05071 DLC

                                                        **NOTICE OF APPEARANCE**

                Plaintiff,

    -against-


**ANTHONY MICHAEL SISTA**,


                Defendant.
----------------------------------------x

    **PLEASE TAKE NOTICE** that defendant, **PFIFE HUDSON GROUP, INC.** hereby appears through it's counsel **ANTHONY W. CUMMINGS, ESQ.**

Dated: Melville, New York
       July 8, 2008

                                        **ANTHONY W. CUMMINGS, ESQ.**
                                        Attorney for Plaintiff


                                        /s Anthony W. Cummings
                                        _____
                                        Anthony W. Cummings (AC7113)
                                        105 Maxess Road, Ste 124
                                        Melville, NY 11747
                                        631-574-4520


To:  VIKRANY PAWAR, ESQ.
     Attorney for Defendant
     321 Broadway, Suite 200
     New York, NY 10007

**CERTIFICATE OF SERVICE**

Anthony W. Cummings, an attorney duly admitted to practice in this district certify that on July 8, 2008 a true and accurate copy of the foregoing Notice of Appearance was served on the following via U.S. Mail.

VIKRANY PAWAR, ESQ.
Attorney for Defendant
321 Broadway, Suite 200
New York, NY 10007

/s Anthony W. Cummings
_____
Anthony W. Cummings (AC7113)