**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
-------------------------------------x
**PFIFE HUDSON GROUP, INC.**,                    08 CV 05071 DLC

                                         **RULE 7.1 DISCLOSURE**
                    Plaintiff,

     -against-


**ANTHONY MICHAEL SISTA**,


                    Defendant.
-------------------------------------x

     **AS AND FOR ITS** rRule 7.1 Disclosure Statement Plaintiff and

Counter-Defendant, **PFIFE HUDSON GROUP**, **INC.** through it's counsel

**ANTHONY W. CUMMINGS, ESQ**., shows to this Court as follows:


     There is no parent corporation to Plaintiff and Counter-

Defendant, **PFIFE HUDSON GROUP**, **INC.** and there is no publicly

held corporation owning 10% or more of its stock.


Dated: Melville, New York
       July 9, 2008




                              **ANTHONY W. CUMMINGS, ESQ.**
                              Attorney for Plaintiff and
                              Counter-Defendant


                              /s Anthony W. Cummings
                              _____
                              Anthony W. Cummings (AC7113)
                              105 Maxess Road, Ste 124
                              Melville, NY 11747
                              631-574-4520

To: VIKRANY PAWAR, ESQ.
    Attorney for Defendant
    321 Broadway, Suite 200
    New York, NY 10007

**CERTIFICATE OF SERVICE**

Anthony W. Cummings, an attorney duly admitted to practice in this district certify that on July 9, 2008 a true and accurate copy of the foregoing Rule 7.1 Disclosure Statement was served on the following via U.S. Mail.

VIKRANY PAWAR, ESQ.
Attorney for Defendant
321 Broadway, Suite 200
New York, NY 10007

/s Anthony W. Cummings
_____
Anthony W. Cummings (AC7113)