**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
---------------------------------------x
**PFIFE HUDSON GROUP, INC.**,                08 CV 05071 DLC

                                            **REPLY**
                 Plaintiff,

    -against-

**ANTHONY MICHAEL SISTA**,


                Defendant.
---------------------------------------x

    **AS AND FOR A** reply to Defendant's counterclaim, Plaintiff and Counter-Defendant, **PFIFE HUDSON GROUP, INC.** through it's counsel **ANTHONY W. CUMMINGS, ESQ.**, replies and shows to this Court as follows:

    1. Denies the allegation contained in paragraph 55 marked and designated The First Counterclaim in Defendant's Answer and Counterclaims.

    2. Denies the allegation contained in paragraph 56 marked and designated The Second Counterclaim in Defendant's Answer and Counterclaims.

    3. Denies the allegation contained in paragraph 57 marked and designated The Third Counterclaim in Defendant's Answer and Counterclaims.

    4. Denies the allegation contained in paragraph 58 marked and designated The Fourth Counterclaim in Defendant's Answer and Counterclaims.

    5. Denies the allegation contained in paragraph 59 marked and designated The Fifth Counterclaim in Defendant's Answer and Counterclaims.

    6. Denies the allegation contained in paragraph 60 marked and designated The Sixth Counterclaim in Defendant's Answer and Counterclaims.

**WHEREFORE**, having answered the counterclaims, Plaintiff and Counter-Defendant requests that judgment enter in their favor and against Defendant and Counter-Plaintiff and that Defendant and Counter-Plaintiff's complaint against it be dismissed with prejudice, and that Plaintiff and Counter-Defendant be awarded its reasonable attorney fees and costs, and for such other and further relief as the Court deems just.

Dated: Melville, New York
      July 9, 2008

                                          **ANTHONY W. CUMMINGS, ESQ.**
                                          Attorney for Plaintiff and
                                          Counter-Defendant

                                          /s Anthony W. Cummings
                                          _____
                                          Anthony W. Cummings (AC7113)
                                          105 Maxess Road, Ste 124
                                          Melville, NY 11747
                                          631-574-4520

To:  VIKRANY PAWAR, ESQ.
     Attorney for Defendant
     321 Broadway, Suite 200
     New York, NY 10007

**CERTIFICATE OF SERVICE**

Anthony W. Cummings, an attorney duly admitted to practice in this district certify that on July 9, 2008 a true and accurate copy of the foregoing Reply was served on the following via U.S. Mail.

VIKRANY PAWAR, ESQ.
Attorney for Defendant
321 Broadway, Suite 200
New York, NY 10007

/s Anthony W. Cummings
_____
Anthony W. Cummings (AC7113)