| | **VIK PAWAR**<br>ATTORNEY AT LAW<br>**321 BROADWAY, SUITE 200**<br>**NEW YORK, NEW YORK 10007**<br>TEL (212) 571-2266<br>FAX (212) 656-1645<br>www.pawarlaw.com | NEW JERSEY OFFICE:<br>35 AIRPORT ROAD, SUITE 330<br>MORRISTOWN, NJ 07960<br>(973)-267-4800<br><br>PLEASE REPLY TO THE<br>NEW YORK OFFICE |
|---|---|---|
| Writer's email<br>vik@pawarlaw.com | | |

July 17, 2008

**VIA ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>Pfife Hudson Group, LLC. v. Anthony Michael Sista</u>, 08 CV 5071 (DLC)

Dear Judge Cote:

I represent the defendant/counter-claimant in the above-referenced matter. I write respectfully seeking an adjournment of the pre-trial conference currently scheduled for August 1, 2008. This is the first such request and plaintiff's counsel consents.

I need the adjournment because I have a previously scheduled vacation plans on that day. If Your Honor grants this request and if Your Honor's schedule permits, the parties are available on August 11, 12, 19, 20, or 21, 2008.

I thank the Court for its consideration to this application.

Respectfully submitted,

/sVikrant Pawar
Vik Pawar (VP9101)

Cc:    Anthony Cummings, Esq. (by ECF)
       *Attorney for plaintiff*