

# VIK PAWAR
ATTORNEY AT LAW

Writer's email
vik@pawarlaw.com

321 BROADWAY, SUITE 200
NEW YORK, NEW YORK 10007
TEL (212) 571-2266
FAX (212) 656-1645
www.pawarlaw.com

NEW JERSEY OFFICE:
35 AIRPORT ROAD, SUITE 330
MORRISTOWN, NJ 07960
(973)-267-4800

PLEASE REPLY TO THE
NEW YORK OFFICE

**MEMO ENDORSED**

July 21, 2008

**BY FIRST CLASS MAIL**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08

Re:  Pfife Hudson Group, LLC. v. Anthony Michael Sista, 08 CV 5071 (DLC)

Dear Judge Cote:

    I represent the defendant/counter-claimant in the above-referenced matter. I write respectfully seeking an adjournment of the pre-trial conference currently scheduled for August 1, 2008. This is the first such request and plaintiff's counsel consents.

    I need the adjournment because I have a previously scheduled vacation plans on that day. If Your Honor grants this request and if Your Honor's schedule permits, the parties are available on August 11, 12, 19, 20, or 21, 2008.

    I thank the Court for its consideration to this application.

*Conference is adjourned to August 15, 2008 at noon.*
*Denise Cote*
*July 25, 2008*

Respectfully submitted,

/s Vikrant Pawar
Vik Pawar (VP9101)

Cc:  Anthony Cummings, Esq. (by first class mail)
*Attorney for plaintiff*